THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BENJAMIN BLACKWELL | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-01349-SDJ-BD |
| | § | |
| FREEDOM MORTGAGE CORPORATION | § | |
| | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 15, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #23), that Defendant Freedom Mortgage Corporation's Motion to Dismiss, (Dkt. #20), be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Dismiss, (Dkt. #20), is **GRANTED**, and Plaintiff Benjamin Blackwell's claims asserted against Freedom Mortgage Corporation are **DISMISSED WITHOUT PREJUDICE**. Within fourteen days of the docketing of this order, Plaintiff may file an amended complaint. If he fails to do so, the case will be dismissed with prejudice.

**So ORDERED and SIGNED this 30th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE